# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRISTOPHER WISE,** | )<br>)<br>) |
| **Plaintiff,** | )<br>)<br>) |
| vs. | )<br>) |
| (1) CSAA GENERAL INSURANCE GROUP,<br>  A Foreign Insurance Corporation,<br>(2) ESSENTIA INSURANCE COMPANY,<br>  A Foreign Insurance Corporation, | )<br>)   Case No.   16-cv-100-CVE-PJC<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

## PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, by and through undersigned counsel, and hereby submits notice that all of the claims involved in the above-listed matter have been settled.  The parties are currently exchanging the necessary paperwork to conclude this matter and the Plaintiff anticipates filing a Joint Stipulation of Dismissal within the next forty-five (45) days.  The Plaintiff would respectfully request that all scheduling deadlines be stricken, as well as the Settlement Conference currently scheduled for August 22, 2016, at 9:30 am [Dkt. No. 28].

Respectfully submitted,

**MORTENSEN & ASSOCIATES, LLC**

  /s/ Thomas Mortensen
Thomas Mortensen, OBA # 19183
1331 S. Denver Ave.
Tulsa, Oklahoma 74119
(918) 392-9992
(918) 392-9993 – Fax
tmort70@hotmail.com
*Attorney for Plaintiff Christopher Wise*

1

**CERTIFICATE OF DELIVERY**

This is to certify that on July 6, 2016, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James E. Edmonds – ECF@ahn-law.com
Joshua D. Poovey – jpoovey@ahn-law.com
William A. Fiasco – ECF@ahn-law.com
*Attorneys for Defendant CSAA General Insur. Co.*

Molly E. Raynor – mraynor@thompsoncoe.com
*Attorney for Defendant Essentia Insur. Co.*
*& Hagerty Insur. Agency, LLC*

　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas Mortensen