IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRISTOPHER WISE,** | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| (1) CSAA GENERAL INSURANCE GROUP, A Foreign Insurance Corporation, (2) ESSENTIA INSURANCE COMPANY, A Foreign Insurance Corporation, | ) Case No.  16-cv-100-CVE-PJC |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL OF DEFENDANTS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all the parties to this action, by and through their undersigned attorneys, respectfully and jointly submit this Stipulation of Dismissal With Prejudice to the right of re-filing with respect to all of the Plaintiff's claims against Defendants, with each party to bear his/her own costs and attorney fees.  The parties request that the Clerk of Court now close Defendants case.

**Dated: August 19, 2016.**

**SIGNATURE PAGE TO FOLLOW**

Approved for entry by;

/s/ Thomas Mortensen
Thomas Mortensen, OBA # 19183
1331 S. Denver Ave.
Tulsa, Oklahoma 74119
(918) 392-9992
(918) 392-9993 – Fax
tmort70@hotmail.com
*Attorney for Plaintiff Christopher Wise*

/s/ James N. Edmonds
James Newton Edmonds
Joshua Daniel Poovey
William Anthony Fiasco
Atkinson, Haskins, Nellis, Brittingham, Gladd & Fiasco
525 S. Main, Suite 1500
Tulsa, OK 74103-4524
918-582-8877
918-585-8096 - Fax
ECF@ahn-law.com
jpoovey@ahn-law.com
*Attorneys for Defendant CSAA General Insur. Co.*

/s/ Molly E. Raynor
Molly E. Raynor
Ellen E. Van Meir
Thompson Coe Cousins & Irons, LLP
700 N. Pearl St., 25th Fl.
Dallas, TX 75201
214-871-8200
214-871-8209 - Fax
mraynor@thompsoncoe.com
*Attorney for Defendant Essentia Insur. Co.*